Opinion adopted by the Supreme Court.

## VON HOOVER v. STATE.

### No. 20503.

Court of Criminal Appeals of Texas.

June 14, 1939.

Rehearing Denied Oct. 18, 1939.

B. F. Patterson, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for a violation of the medical practice act; punishment, a fine of $100 and thirty days confinement in the county jail.

The record before us contains neither a statement of facts nor bills of exception, hence nothing is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.

On Appellant's Motion for Rehearing.

**CHRISTIAN, Judge.**

The record is in the same attitude as it was when our former opinion was rendered. No question is presented for review.

The motion for rehearing is overruled.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.